NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD REBSTOCK,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7169

---

Appeal from the United States Court of Appeals for Veterans Claims in 12-1171, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Richard Rebstock moves for an out of time extension to file his reply brief. The Government does not oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

RICHARD REBSTOCK v. SHINSEKI                                     2

Rebstock's motion is granted.  The reply brief is accepted as filed.

FOR THE COURT

 /s/ Jan Horbaly

Jan Horbaly

Clerk

s23